March 27, 1939

No. 40942.—Suit 4185.-
 United States v. S. S. Kresge Co. et al. Reap. Dec. 4310 affirmed.

Before the First Division, March 29, 1939

No. 40943.—Protests 941635–G, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of boxes containing canned mandarin oranges the same as those passed upon in *Nozaki* v. *United States* (C. D. 61). They were therefore held free of duty as nonreusable containers of specific duty merchandise as claimed.